**UNITED STATES ex rel. Peter CASTIGLIONE, Relator-Appellant, v. Don A. GRIBBLE, Acting Commissioner of Immigration in Charge, Rouses Point, New York, Respondent-Appellee.**

No. 403.

Circuit Court of Appeals, Second Circuit.

May 21, 1934.

Charles H. Clark, of Malone, N. Y., for appellant.

Oliver D. Burden, U. S. Atty., of Syracuse, N. Y., for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.